IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAY FLOWER INTERNATIONAL, INC.,

                Plaintiff,

-against-

CIVIL ACTION NO.
1:24-cv-4909

AMOY FOOD LIMITED, AMOY ASIAN FOODS NORTH AMERICA, INC, CONEXUS FOOD SOLUTIONS LLC (FORMERLY KNOWN AS BEST FOOD SERVICES LLC), BEST FOOD SERVICES, INC., GRAND FOOD SERVICE, INC. a/k/a GOLDEN CITY FOOD SERVICE, KND GLOBAL LLC, WEN LIN LIU a/k/a ERIC LIU, ALLAN ZHIPING CHEN a/k/a ALLAN CHEN, WEI PENG DAI a/k/a WEIPENG DAI, BRIAN LIN and "JOHN DOES" 1-10,

**RULE 7.1 STATEMENT**

                Defendants
-------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff MAY FLOWER INTERNATIONAL, INC. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

      This Disclosure Statement is filed on behalf of Plaintiff MAY FLOWER INTERNATIONAL, INC., in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed

to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the undersigned counsel for Plaintiff hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

Plaintiff MAY FLOWER INTERNATIONAL, INC. is a corporation that is incorporated in the State of New York and has its principal place of business at 56-72 49th Pl., Maspeth, New York, 11379.

Dated: Queens, New York
September 6, 2024

KEVIN KERVENG TUNG, P.C.
*Attorneys for Plaintiff*

/s/ *Kevin K. Tung*
Kevin K. Tung, Esq.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633