IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MAY FLOWER INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:24-cv-04909-OEM-VMS |
| v. | ) ) | |
| AMOY FOOD LIMITED, *et al.*, | ) ) | |
| Defendants. | ) | |

**DEFENDANT BEST FOOD SERVICES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Best Food Services, Inc. files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows:

1. The Complaint alleges that the Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332. (ECF No. 1, at ¶ 16.)

2. In the Complaint, Plaintiff May Flower International, Inc. alleges that it is a domestic business corporation duly incorporated under the laws of the State of New York with a principal place of business in New York. (ECF No. 1, at ¶ 4.)

3. Defendant Best Food Services, Inc. no longer exists as an independent entity. It was merged into Best Food Services, LLC on January 4, 2018.

4. The undersigned party understands that under Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

1

Dated: New York, New York
September 23, 2024

Respectfully submitted,

**THOMPSON COBURN LLP**

By: /s/ *Brigitte R. Rose*
　Brigitte R. Rose,
　488 Madison Avenue
　New York, NY 10022
　P: 212 474 7200
　F: 212 478 7400
　brose@thompsoncoburn.com

*Attorneys for Defendants Conexus Food Solutions LLC and Best Food Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has been sent to all attorneys of record in the above-styled and numbered matter on September 23, 2024 via electronic filing/service.

*/s/ Brigitte R. Rose*
