**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAY FLOWER INTERNATIONAL, INC.,<br><br>     Plaintiff,<br><br> - against -<br><br>AMOY FOOD LIMITED, AMOY ASIAN FOODS NORTH AMERICA, INC, CONEXUS FOOD SOLUTIONS LLC (FORMERLY KNOWN AS BEST FOOD SERVICES LLC), BEST FOOD SERVICES, INC., GRAND FOOD SERVICE, INC. a/k/a GOLDEN CITY FOOD SERVICE, KND GLOBAL LLC, WEN LIN LIU a/k/a ERIC LIU, ALLAN ZHIPING CHEN a/k/a ALLAN CHEN, WEI PENG DAI a/k/a WEIPENG DAI, BRIAN LIN and "JOHN DOES" 1-10.,<br><br>     Defendants. | CASE NO:<br>24-cv-04909-OEM-VMS |

## **DEFENDANT GRAND FOOD SERVICE, INC. a/k/a GOLDEN CITY FOOD SERVICE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Grand Food Service, Inc. a/k/a Golden City Food Service ("GFS") files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows:

1. The Complaint alleges that the Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332. (ECF No. 1, at ¶ 16.)

2. GFS has no public stakeholders and is incorporated in Pennsylvania with a principal place of business in New York.

3. The undersigned party understands that under Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: September 26, 2024
New York, New York

Respectfully submitted,

By: */s/ Evan W. Bolla*
    Evan W. Bolla, Esq.
    Harris St. Laurent & Wechsler LLP
    40 Wall Street, 53rd Floor
    New York, New York 10005
    E: ewbolla@hs-law.com
    Tel.: 240-277-1127

*Attorney for Defendant Grand Food Service, Inc. a/k/a Golden City Food Service,*