IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MAY FLOWER INTERNATIONAL, INC.,

              Plaintiff,

      -against-

AMOY FOOD LIMITED, AMOY ASIAN
FOODS NORTH AMERICA, INC. CONEXUS
FOOD SOLUTIONS LLC (FORMERLY
KNOWN AS BEST FOOD SERVIES LLC),
BEST FOOD SERVICES, INC., GRAND
FOOD SERVICE, INC. a/k/a GOLDEN CITY
FOOD SERVICE, KND GLOBAL LLC, WEN
LIN LIU a/k/a ERIC LIU, ALLAN ZHIPING
CHEN a/k/a ALLAN CHEN, WEI PENG DAI
a/k/a WEIPENG DAI, BRIAN LIN and "JOHN
DOES" 1-10,

             Defendant.

CIVIL ACTION NO.: 24-cv-4909

**Rule 7.1 Disclosure of KND Global LLC**

      Defendant KND Global, LLC ("KND") files this Corporate Disclosure Statement

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

      1.      The Complaint alleges that the Court has diversity jurisdiction over this matter

pursuant to 28 U.S.C. § 1332. (ECF No. 1, at ¶16).

      2.      In the Complaint, Plaintiff May Flower International, Inc. alleges that it is a domestic

business corporation duly incorporated under the laws of the State of New York, with a principal

place of business in New York.  (ECF No. 1, at ¶4).

      3.      KND is a Maryland limited liability company with its principal place of business in

Odenton, Maryland.

      4.      The members of KND are as follows:

      (a)      Fuxing Lin, an individual who is a citizen of New York;

      (b)      Meng Hua Wang, an individual who is a citizen of New York;

      (c)      Yin N Wong LLC, a New York limited liability company.  The members of Yin N. Wong LLC are:

- HKK Trust, whose Trustee Hei Kang Kwok is a citizen of a New York; and

- MKT Trust, whose Trustee Mary Tung is a citizen of Illinois;

      (d)      Weiping Dai, an individual who is a citizen of Maryland;

      (e)      Yu Shu Jiang, an individual who is a citizen of New York;

      (f)      ACS 198 LLC, a New York limited liability company.  The sole member of ACS 198 LLC is Allan Chen, an individual who is a citizen of New York.

5.      Based on the foregoing, for purposes of diversity jurisdiction, KND is a citizen of Illinois, Maryland and New York.

6.      There are no public corporations that own 10% or more of KND's stock.

7.      The undersigned party understands that under 7.1(b)(2) of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

KND GLOBAL, LLC

By:   /s/ David M. Rownd
      One of its Attorneys

Dated:  September 30, 2024

David M. Rownd
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, New York 10019
E:  drownd@vedderprice.com
T: 212 407-7700
F: 212 407-7799

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has been sent to all attorneys of record in the above -styled and numbered matter on September 30, 2024 via electronic filing/service.

/s/David M. Rownd