# Exhibit "A"

# INVOICE

**KND GLOBAL LLC**
10009 BENTCROSS DR.
POTOMAC, MD 20854

TEL: 857-999-8868

DATE: 9/20/2021

INVOICE #: KND092021

**BILL TO:**
MAY FLOWER INTERNATIONAL INC.
56-72 49TH PL
MASPETH, NY 11378

**SHIP TO:**
MAY FLOWER INTERNATIONAL INC.
56-72 49TH PL
MASPETH, NY 11378

| ITEM NO | DESCRIPTION | QTY | UNIT | UNIT PRICE / CASE | TOTAL | PAID | BALANCE |
|---|---|---|---|---|---|---|---|
| | Amoy US Double Yolk With Lotus Paste Moon 淘大雙黃白蓮蓉月餅 1 carton x 10 box x 4 p | 4021 | CASES | $210 | $844,410 | $ 378,965.00 | |
| | Amoy US Lava Custard Mooncake 淘大流心月餅 1 carton x 16 box 8 pcs x 45g | 828 | CASES | $ 368.00 | $304,704 | $ 250,000.00 | |
| | | | | | $1,149,114 | $ 628,965.00 | $520,149 |

THANK YOU!

