# Exhibit "B"

| POLICE DEPARTMENT CITY OF NEW YORK | DETECTIVE BUREAU Wanted Flyer # 70542424 | POLICE DEPARTMENT CITY OF NEW YORK 

# WANTED
## FOR CRIMINAL MISCHIEF



The 104 Squad is endeavoring to locate the above pictured perpetrators in regards to a criminal mischief that occurred on January 4, 2022 in front of 56-72 49 Place. Perpetrators went over to the commercial trucks that were parked in front of the location and poured sugar into the gas tanks. Perpetrator fled north bound on 49 Place.

Anyone with information regarding the above subject, please notify  Det. PAUL PALMINTERI  at  718-386-2723  OR Detective Borough Queens North at  718-520-9200

**Investigator:** Det. PAUL PALMINTERI
**Command Assigned:**  334-104 DET SQUAD
**Case#**  2022-40   **Complaint Report#**  2022-104-00100