# Exhibit "C"

