Case 1:24-cv-04909-OEM-VMS    Document 43-5    Filed 11/04/24    Page 1 of 2 PageID #: 162

# Exhibit "E"



五月花经理老板
月饼钱和三次活动费一共
六十万，给五万你。你应知给
那，不听大开杀戒    三月四日